IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PETER MAKUSI OTEMBA OWUOR, | ) ) ) | |
| Petitioner, | ) ) | CASE NO. 2:12-CV-166-WKW |
| v. | ) ) | [WO] |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) | |

## ORDER

On September 3, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 25.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED, that Petitioner's 28 U.S.C. § 2255 motion is DENIED, and that this action is DISMISSED with prejudice.

An appropriate final judgment will be entered separately.

DONE this 24th day of September, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE